IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID COE and JUDY COE, )<br>  )<br>  Plaintiffs, )<br>  )<br>  v. )<br>  )<br>  VANDERBILT MORTGAGE AND )<br>  FINANCE, INC., PAUL NICHOLS, )<br>  JEFF KIRK, and HUGH COVINGTON, )<br>  )<br>  Defendants. ) | 1:05CV00338 |

J-U-D-G-M-E-N-T

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading No. 3] be, and the same hereby is, **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

_____
United States District Judge

Date: June 17, 2005